No. 11–499. RYAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wood* v. *Milyard, ante,* p. 463.

No. 11–663. INTERMOUNTAIN INSURANCE SERVICE OF VAIL, LLC, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Reported below: 650 F. 3d 691; and

No. 11–747. UTAM, LTD., ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Reported below: 645 F. 3d 415. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Home Concrete & Supply, LLC, ante,* p. 478.

No. 11–8998. WATTS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11–9011. JOHNSON *v.* HEDGPETH, WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2657. IN RE DISBARMENT OF LIEBERMAN. Richard Donald Lieberman, of Bethesda, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys permitted to the practice of law before this Court. The rule to show cause, issued on April 16, 2012 [*ante,* p. 934], is discharged.